UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

JUDGMENT
05-CV-0025 (FB)

ALEXANDER IVAMOV,
a/k/a ALEXANDER IVANOV,

                  Petitioner,

-against-

J. TAYLOR, SUPERINTENDENT,
GOUVERNEUR CORRECTIONAL
FACILITY, and ELIOT SPITZER, ATTORNEY
GENERAL OF THE STATE OF NEW YORK,

                  Respondents.
----------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 2, 2006, denying petitioner's petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that petitioner's petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
        March 02, 2006

                                          ROBERT C. HEINEMANN
                                          Clerk of Court